# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Case No.     CV 17-8471-SVW (SS)                    Date: July 24, 2018
                                                     Page 1 of 1

Title:       Sanford A. Weisberg v. Nancy A. Berryhill

DOCKET ENTRY: ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE SANCTIONED FOR FAILING TO TIMELY FILE MEMORANDUM IN SUPPORT OF ANSWER

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Marlene Ramirez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF(S):           ATTORNEYS PRESENT FOR DEFENDANT(S):

None Present                                   None Present

## PROCEEDINGS: (IN CHAMBERS)

On June 15, 2018, Sanford A. Weisberg ("Plaintiff") filed a Memorandum in Support of Plaintiff's Complaint (the "Complaint Memo."). Pursuant to the Court's June 14, 2018 Order Extending Briefing Schedule, Defendant was required to file a "Memorandum in Support of Defendant's Answer" by July 20, 2018. As of today, Defendant has not filed the required memorandum.

Accordingly, Defendant is **ORDERED TO SHOW CAUSE**, within **ten (10) days** of the date of this Order, why he should not be sanctioned for failing to timely file a Memorandum in Support of Defendant's Answer. Plaintiff may discharge this Order by either filing a Memorandum in Support of Defendant's Answer, or a declaration, signed under penalty of perjury, establishing good cause as to why Defendant has been unable to file the required memorandum.

The Clerk of the Court is directed to serve a copy of this Order on counsel for Plaintiff and counsel for Defendant.

MINUTES FORM 11
CIVIL-GEN                                                 Initials of Deputy Clerk MR