# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANFORD A. WEISBERG,<br><br>            Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>            Defendant. | Case No. CV 17-8471 SVW(SS)<br><br><br>**AMENDED JUDGMENT** |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is REVERSED and REMANDED to the Commissioner for further proceedings consistent with the Amended Order Accepting Findings, Conclusions and Recommendation of United States Magistrate Judge.

DATED: December 13, 2018

                                              _____<br>
                                              STEPHEN V. WILSON<br>
                                              UNITED STATES DISTRICT JUDGE