Suzanne C. Leidner
LEIDNER & LEIDNER
2000 Riverside Drive
Los Angeles, CA 90039
Tel: (323) 664-5670
Fax:(323) 663-0840
Email: Scleidner@aol.com
State Bar of California #090387

Attorney for Plaintiff
SANFORD A. WEISBERG

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANFORD A. WEISBERG ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:17-cv- 08471 SVW (SS) |
| v. ) | |
| ) | ORDER OF EAJA FEES |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social ) | |
| Security ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS ORDERED that based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded

///

///

///

1

attorney fees under EAJA in the amount of THREE THOUSAND NINE HUNDRED FIFTY DOLLARS AND 00/100 ($3,950.00) as authorized by 28 U.S.C. 2412(d) and subject to the terms of the above-referenced Stipulation

DATED: 1/28/19 _____/S/_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE